CURRY ADVISORS
A Professional Law Corporation
K. Todd Curry, State Bar No. 149360
185 West F Street, Suite 100
San Diego, CA 92101
Telephone: (619) 238-0004
Facsimile: (619) 238-0006
Email: tcurry@currylegal.com

Counsel for Lupe Zauss as Trustee of the Arnold and Lupe Zauss Family Trust dated May 11, 2005, as Restated on January 9, 2017, and Lupe Zauss individually

**FILED & ENTERED**

**JAN 17 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT CALIFORNIA

| | |
|---|---|
| In re<br><br>FARHAD FARHADIAN and<br>MICHELE TRAN-FARHADIAN,<br><br>Debtors. | CASE NO. 1:22-bk-10554-MB<br><br>Chapter 7<br><br>**ORDER DENYING DEBTORS' MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT AND FOR DAMAGES**<br><br>Date: December 2, 2022<br>Time: 2:30 p.m.<br>Ctrm: 303<br>Honorable Martin R. Barash |

The Motion for Order to Show Cause Why Cory Briggs, the Briggs Law Corporation, Lupe Zauss, and Lupe Zauss, as Trustee of the Arnold and Lupe Zauss Family Trust dated May 11, 2005, as Restated on January 9, 2017, Should Not be Held in Contempt of Court, and for Damages and Attorneys' Fees, for Intentionally Violating the Automatic Stay [Docket No. 34] (the "Motion") came on for hearing on December 6, 2022, at 2:30 p.m., in Department 303 of the above-entitled Court located at 21041 Burbank Boulevard, Woodland Hills, California 91367, the Honorable Martin R. Barash, United States

1

**ORDER DENYING DEBTORS' MOTION FOR ORDER TO
SHOW CAUSE RE CONTEMPT AND FOR DAMAGES**

Bankruptcy Judge, presiding. Appearances by counsel were made via ZoomGov video and audio and were noted on the record during the hearing on the Motion.

The Court having considered the Motion and the papers filed in support thereof and in opposition thereto; the Court having made findings of fact and conclusions of law on the record during the hearing in accordance with F.R. Bankr. P. 7052 and 9014, which findings and conclusions are incorporated herein; notice appearing proper; and good cause appearing therefor;

IT IS HEREBY ORDERED that the Motion is denied in its entirety, and the Court declines to issue an Order to Show Cause.

###

Date: January 17, 2023

_____
Martin R Barash
United States Bankruptcy Judge

**ORDER DENYING DEBTORS' MOTION FOR ORDER TO
SHOW CAUSE RE CONTEMPT AND FOR DAMAGES**